

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Cordell L. Gines
Plaintiff

Plaintiff/Petitioner(s),

-vs-

Rita K Peterson
Defendant

Defendant/Respondent(s).

Docket No. 08-681-MJR
(To be supplied by the Clerk)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

## I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.
Cordell L. Gines B20612 Pontiac Corr Center
P.O. Box 99 Pontiac, IL 61764

B. Defendant Rita K. Peterson is employed as
(Name of First Defendant)
Appellate Assistant Defender
(Position/Title)
with 117 N. tenth St. Suite 300
(Employer's Name and Address)
Mt. Vernon, IL 62864

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?
Yes ☑  No ( )

If your answer is "yes", briefly explain:
Assistant Defender
Appellate court 5th District

Rev. 2/00

C.  Defendant _____ is employed as
    (Name of Second Defendant)

    _____
    (Position/Title)

    with _____
    (Employer's Name and Address)

    _____

    At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

    Yes ( )          No ( )

    If your answer is "yes", briefly explain:

    _____
    _____
    _____

D.  Using the outline of the form provided, include the above information for any additional defendant(s).

    _____
    _____
    _____
    _____
    _____
    _____
    _____

## II. PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in state or federal court relating to your imprisonment?

    Yes (✓)       No ( )

B.  If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.** Habeas Corpus 28 U.S.C. 2254

    _____
    _____
    _____

1. Parties to previous lawsuits:
   Plaintiff(s) _Cordell L. Gines B20612_
   
   Defendant(s) _People of state of Illinois_

2. Court (if Federal Court, name the District; if State Court, name the County)
   _Jackson County Illinois_

3. Docket number _06-176 DRH_

4. Name of Judge to whom case was assigned _Proud_

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?)
   _Habeas Corpus_

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed not on appeal_

7. Approximate date of filing lawsuit _Nov. 2006_

8. Approximate date of disposition _Jan. 2007_

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? _Yes_

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( )  No (✓)

C. If your answer is "yes",
   1. What steps did you take? _____
   
   2. What was the result? _____

D. If your answer is "no", explain why not. _Unrelated to Civil Complaint_

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No (X)

F. If your answer is "yes",
   1. What steps did you take? _____
   
   2. What was the result? _____

G. If your answer is "no", explain why not. Unrelated to civil complaint

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: Exhibit 1, 2, 3, 4.

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

**Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.** Additionally, attach any relevant, supporting documentation.

To state a claim under 1983 against Appellate defender who was assign to represent the Plaintiff in a Post-conviction regarding the Plaintiff sentencing the Plaintiff had to allege two essential elements (1) deprivation of a right secured to him by the constitution or laws of the United States and (2) that the Appellate defender Defendant committed the deprivation while acting under color of state and federal law. In this action brought under 42 USC 1983 Plaintiff seeks damages from Defendant Rite K. Peterson for allegedly conspiring with the Appellate prosecutor and

Serveral Appellate Court Judge intentional Misconduct was also committed by the Defendant in support of the Plaintiff arugment Plaintiff states that he filed a Post-Conviction claimming that the sentence that the Plaintiff is currently under violates the none-extented term provision that apply to the Plaintiff Defendant Peterson acknowledge that the Plaintiff is not eligible for an extented term sentence the Plaintiff mail a copy of the Appellate court Rule 23 order and Appellate Prosecutor brief was also sent to the defendant which both paperwork indicate that the Appellate prosecutor and Appellate Court Judge cited the extented term as to support Plaintiff seventy seven year sentence the information was sent to the defendant she decied to ignore the false fabricated information from the Judge and prosecutor defendant acknowledge the fabricated information but chose to file a motion to withdraw as counsel causing legal Malpractice. Defendant Peterson clearly contradict herself in her letter Even if the Plaintiff was under an extented term their would only be two sentence the Plaintiff has six consecutive sentences therefore again defendant ignore the law defendant cause intentional misconduct again conspiring with various state officials being the Appellate court Judge and the Appellate prosecutor to deprive the Plaintiff of federal constitutional rights for the Defendant to indicate that their are no issuse of merit to raise when their is clearly a violation of statute 730 ILCS ILCS 5/5-8-1 is intentional Misconduct from the defendant also essentially the claim is that the granting of the motion to withdraw from the appeal had been corruptly issused as the result of a conspiracy between the Appellate Court Judge and Defendant Peterson thus causing a deprivation of equal protection rights and due process of the law Defendant ignored the fact that Plainiff receive a seventy seven year sentence ignored the relevant statute which states

730 ILCS 5/5-8-2 extended term (a) A Judge shall not sentence an offender to a term of imprisonment in excess of the maximum sentence authorized by section 5-8-1 for the class of the most serious offense of which the offender was convicted unless the factors in aggravation set forth in paragraph (b) of section 5-5-3.2 Defendant ignored this language thats in the plaintiff favor Defendant acted not only mistakenly but with malice and corruption depriving the plaintiff of his rights the defendant violated the plaintiff rights because she refuse to file a fruitful appeal that would clearly give the plaintiff relief unstead Defendant act for the prosecutor and several Judge the lanuage states a person acts under color of state law as required for 1483 action only when exercising power possessed by wrongdoer is clothed with the authority of state law defendant is in the pocket with the State against the plaintiff violating plaintiff rights defendant is also violating plaintiff rights by introducing a deceitful Idealogy in her letter seeking to frame the ideal that the plaintiff has aduse the right to access to the court defendant is clearly denying the plaintiff his right to access to the court the plaintiff claims that defendant misconduct, created a highly prejudicial and imflamed atmosphere that seriously impaired the fairness of the judicial proceedings against the plaintiff who has enter the court

6

with a legitimate legal issuse plaintiff was denied without due process causing plaintiff to suffer mental anguish and humiliation while violating the plaintiff rights the conclusion of the complaint is Defendant intentionally gave a false theory that the plaintiff Appeal has no merit of law therefore denying plaintiff access to the court Defendant conspired with serval judge to deny the plaintiff equal protection of the law the granting of the montion to with draw as counsel on fabricated pretense is discriminatory against plaintiff by Defendant.

## V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

I want an injuntion that will order the Appellate Assistant Defender office to comply with the relevant statute 730 ILCS 5/5-8-1(a) that the Plaintiff receive equal protection of the law and access to the court that the Plaintiff be compensated two million dollers in damages for mental anguish and humiliation compensation for damages for invidiously discriminatory animus behind the conspirator action

## VI. JURY DEMAND (check one box below)

The plaintiff does ☑   does not ☐   request a trial by jury. (See Fed.R.Civ.P. 38.)

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 23 day of Sept., 20 08

Cordell J. Hines B20612
Signature of Plaintiff

_____
Signature of attorney, if any

Rev. 2/00



IN THE __United States__

__District Court for The Southern District of Illinois__

__Cordell Gines B20612__
Plaintiff/~~Petitioner~~

Vs.

__Rita K. Peterson__
Defendant/Respondent

No. _____

## ~~PROOF~~/CERTIFICATE OF SERVICE

TO: __Clerk__
__United States District Court__
__P.O. Box 249__
__East St. Louis 62202__

TO: __Lisa Madigan__
__Attorney General__
__100 West Randolph St__
__Chicago, IL 60601__

PLEASE TAKE NOTICE that on __Sept.__, 200 __08__, I placed the documents listed below in the institutional mail at __Pontiac Corr Center__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: __9-8-08__

/s/ __Cordell L Gines__
Name: __Cordell L Gines__
IDOC No. __B20612__
__Pontiac__ Correctional Ctr.
POB __P.O. Box 99__
__Pontiac  61764__, IL